# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PCS SOFTWARE, INC. | § § | |
| *Plaintiff*, | § § | Civil Action No. 4:23-cv-108 |
| v. | § § | |
| DISPATCH & SERVICES, INC. | § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

On April 21, 2025, the Court called this case for trial. The case was tried to the bench over the course of three days. The Court issued its Memorandum and Opinion Entering Findings of Fact and Conclusions of Law on August 19, 2025, finding in favor of Plaintiff PCS Software, Inc. ("Plaintiff"), and against Defendant Dispatch & Services, Inc. ("Defendant"), on Plaintiff's breach of contract claim. ECF No. 138.

Consistent with its Findings of Fact and Conclusions of Law, the Court hereby enters this Final Judgment. It is therefore:

**ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is hereby entered in favor of Plaintiff and against Defendant as to Plaintiff's claim for breach of contract.

2. Plaintiff is awarded damages for Defendant's breach of contract in the amount of $1,437,426.00.

3. The judgment shall accrue post-judgment interest at 7.50% per annum from the date of entry of this Final Judgment until paid in full. Plaintiff shall also recover prejudgment

17384943v1

interest on that sum at the same rate, accruing from January 12, 2023 to the date of Entry of this Final Judgment, in the total amount of $282,365.61.

4. Plaintiff is also awarded its reasonable and necessary attorneys' fees for the pursuit of its breach of contract claim in the amount of _____. Plaintiff is further awarded conditional attorneys' fees for an any appeal of the judgment in the amount of _____ if Defendant appeals the judgment to the Fifth Circuit and the appeal is unsuccessful, and an additional amount of _____ if this case is appealed to the United States Supreme Court.

5. Costs of court taxable under 28 U.S.C. § 1920 are taxed against Defendant pursuant to Federal Rule of Civil Procedure 54(d)(1) and those costs are awarded to Plaintiff in the amount of _____ .

6. This is a Final Judgment disposing of all parties, claims and defenses. All relief not expressly granted herein is denied.

Signed at Houston, Texas this ____ day of _____, 2025.

                                                                                          _____
                                                                                          Lee H. Rosenthal
                                                                                         Senior United States District Judge

17384943v1

Date:  August 25, 2025.

          Respectfully submitted,

          By: */s/ Ray T. Torgerson*
              Ray T. Torgerson
              *Attorney-in-Charge*
              Texas Bar No. 24003067
              Elliott J. Deese
              Texas Bar. No. 24121423
              **PORTER HEDGES LLP**
              1000 Main, 36th Floor
              Houston, Texas 77002
              (713) 226-6650 - telephone
              (713) 226-6250 – facsimile
              rtorgerson@porterhedges.com
              edeese@porterhedges.com

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, a true and correct copy of the foregoing document was served upon counsel for Defendant via ECF.

          */s/ Ray T. Torgerson*
          Ray T. Torgerson